■ OCEAN ASSOCIATES et al., Appellants, v TOWN OF EAST HAMPTON, Respondent, et al., Defendant.—Appeal by the plaintiffs from a judgment of the Supreme Court, Suffolk County, entered September 25, 1986.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Baisley in his memorandum decision at the Supreme Court, Suffolk County. Mangano, J. P., Bracken, Spatt and Harwood, JJ., concur.